JHS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT          19-417

DESIGNATION FORM to be used by counsel to indicate the category of the case for the
purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   Philadelphia                         County:   Philadelphia

City and State of Defendant:   Wilmington, Delaware

County:   New Castle                 Register number:   N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: Philadelphia                            County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

> Does this case involve a defendant or defendants alleged to have participated in the same
> action or transaction, or in the same series of acts or transactions, constituting an offense
> or offenses?

YES/NO: Yes

Case Number:  18-CR-00026          Judge: Slomsky

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.          ○ Antitrust      .

2.          ○ Income Tax and other Tax Prosecutions

3.          ◉ Commercial Mail Fraud

4.          ○ Controlled Substances

5.          ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68)
            and Mail Fraud other than commercial

6.          ○ General Criminal
            (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR  CRIME AND
            STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS
            CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

DATE: 7/18/19

Michael Lowe
Assistant United States Attorney

File No. 2019R00568
U.S. v. Justin David May