IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.          :          CRIMINAL NO.   19- 417

Justin David May          :

## ORDER FOR BENCH WARRANT

     AND NOW, this  18  day of  July  , 2019, on motion of William

M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED

that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____

HONORABLE JACOB P. HART
United States Magistrate Judge

Warrant Issued
7/18

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

          v.              :      CRIMINAL NO.  19-417

Justin David May         :

## MOTION FOR BENCH WARRANT

AND NOW, this  18   day of   July   , 2019, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Michael S. Lowe, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

_____

Michael S. Lowe
Assistant United States Attorney