

**U.S. Department of Justice**

United States Attorney

*Eastern District of Pennsylvania*

*Direct Dial (215) 861-8*
*Facsimile (215) 861-8618*
*Email*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Justin David May*   19-CR-417

Dear Clerk of the Court:

    Please unimpound the Indictment with regard to the above-captioned case. The Indictment was filed on July 18, 2019.

                              Very truly yours,

                              WILLIAM M. McSwain
                            United States Attorney

                            MICHAEL S. LOWE
                            *Assistant United States Attorney*