# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | CRIMINAL NUMBER 19-417-1 |
| | : | |
| JUSTIN DAVID MAY | : | |

## ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of defendant, Justin David May, in the above-captioned matter. Please remove Maranna J. Meehan, Assistant Federal Defender, as attorney of record.

                                                    Respectfully submitted,

                                                    /s/ Natasha Taylor-Smith
                                                  NATASHA TAYLOR-SMITH
                                                  Assistant Federal Defender

                                                  Withdrawing Attorney:

                                                  /s/ Maranna J. Meehan
                                                  MARANNA J. MEEHAN
                                                  Assistant Federal Defender

# CERTIFICATE OF SERVICE

      I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Entry of Appearance and Withdrawal of Appearance, by electronic notification and hand delivery, upon Michael S. Lowe, Assistant United States Attorney, to his office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

      /s/ Natasha Taylor-Smith
NATASHA TAYLOR-SMITH
Assistant Federal Defender

DATE:    July 23, 2019