AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PA

RECEIVED
UNITED STATES MARSHAL
2019 JUL 18 PM 4:37
EASTERN DISTRICT OF
PENNSYLVANIA

United States of America
v.

JUSTIN DAVID MAY
*Defendant*

Case No. 19-CR-417

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUSTIN DAVID MAY,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
IN VIOLATION OF:
18:1341 - MAIL FRAUD

Date: 07/18/2019

*Issuing officer's signature*
ANGELA BURGE

City and state: PHILADELPHIA, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 7-18-19, and the person was arrested on *(date)* 7-19-19
at *(city and state)* DE

Date: 7-19-19

USSS
*Arresting officer's signature*

*Printed name and title*