IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: August 12, 2019 |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN DAVID MAY | : | Criminal No. 19-417-01 |
| USM NO. 76415-066 | | |

**TAKE NOTICE** that the above-entitled case has been set for a **PRE-TRIAL MOTION HEARING** on  SEPTEMBER 24, 2019  at  2:00 p.m.  and **TRIAL** on  SEPTEMBER 30, 2019  at  9:30 a.m.  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom 13A, 13th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
N. Taylor-Smith, Esq. Defense Counsel
M. Lowe, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

**NO APPLICATION FOR A CONTINUANCE OF TRIAL WILL BE ENTERTAINED WITHOUT THE DEFENDANT'S SIGNED WAIVER OF HIS/HER SPEEDY TRIAL RIGHTS. COPY OF THE WAIVER CAN BE FOUND ONLINE AT www.paed.uscourts.gov**