IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: September 3, 2019 |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN DAVID MAY | : | Criminal No. 19-417-01 |
| USM NO. 76415-066 | | |

**TAKE NOTICE** that the above-entitled case has been set for a **PLEA HEARING** on  SEPTEMBER 12, 2019  at  3:00 p.m.   and in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom 13A, 13th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

       Very truly yours,

       *S/ Matthew J. Higgins*
       Matthew J. Higgins
       Deputy Clerk to Judge Slomsky

Notice to:
N. Taylor-Smith, Esq. Defense Counsel
M. Lowe, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

**NO APPLICATION FOR A CONTINUANCE OF TRIAL WILL BE ENTERTAINED WITHOUT THE DEFENDANT'S SIGNED WAIVER OF HIS/HER SPEEDY TRIAL RIGHTS.  COPY OF THE WAIVER CAN BE FOUND ONLINE AT www.paed.uscourts.gov**