IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs. | **CRIMINAL NO.** 19-417<br>**CHARGE**: MAIL FRAUD<br>**STATUTE**: 18:1341 |
| JUSTIN DAVID MAY | |
| | GUIDELINE CASE Yes XX No ☐ |
| Address | ON BAIL ☐ IN CUSTODY XXX |
| City    State    Zip | PROSECUTOR M. LOWE, AUSA |
| Telephone ____ | |

## ABSTRACT OF ORDER FOR PRESENTENCE INVESTIGATION

TO THE ABOVE-NAMED DEFENDANT:

On SEPTEMBER 12, 2019, upon your plea of guilty to Count(s) 1 - 22, Judge Slomsky has ordered that a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

You are directed to appear for sentencing on **JANUARY 10, 2020** at **9:30 a.m.** in Courtroom No. **13A** of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice. If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

The following evaluations are also ordered: ☐ drug; ☐ alcohol; ☐ psychiatric; ☐ other:

☐ If margin block is checked, the Court is directing the U.S. Pretrial Services Office not to release its case file information or other documents to the Probation Office pursuant to Title 18, U.S.C., § 3153(c)(2)(C).

To: Probation Office and PTS
paepdp_abstracts
noticesedpa_pretrialservices@paepp.uscourts.gov

Date: 9/12/2019

By Whom: MJH