# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBERS: 18-26-01** |
| | : | **19-417-01** |
| | : | |
| JUSTIN DAVID MAY | : | |

## O R D E R

And now, this ___4th___ day of ___DECEMBER___ 2019, it is hereby **ORDERED**

that the Bureau of Prisons and the Federal Detention Center in Philadelphia should release their

medical, psychological and psychiatric records for Defendant Justin David May, Inmate No.

16415-066, and provide a copy of Defendant's complete medical file to Defense Counsel.

**BY THE COURT:**


_____
**HONORABLE JOEL H. SLOMSKY**
Senior United States District Court Judge