IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBERS: 18-26-01 |
| | : | 19-417-01 |
| JUSTIN DAVID MAY | : | |

### ORDER

AND NOW, this _11th_ day of _December_, 20_19_, upon consideration of the Defendant's Unopposed Motion to Consolidate Cases, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby further **ORDERED** that the Indictment in Criminal Number 18-26 is hereby consolidated with the Indictment in Criminal Number 19-417 before the Honorable Joel H. Slomsky for sentencing and judgment.

BY THE COURT:

_Joel Slomsky_
THE HONORABLE JOEL H. SLOMSKY
Senior United States District Court Judge