IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JUSTIN DAVID MAY

Defendant.

CRIMINAL ACTION
NO. 19-417

## ORDER

**AND NOW**, this 13th day of June 2025, upon consideration of Defendant's Motion to Modify Pretrial Conditions (Doc. No. 42), it is **ORDERED** that the Motion (Doc. No. 42) is **DENIED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.